David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile    714-966-1002

Counsel for Rosendo Gonzalez,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MERIDIAN HEALTH SERVICES CORPORATION, dba SHASTA VIEW NURSING CENTER, dba ALL SAINTS SUBACUTE-MAUBERT SOUTH, dba MAUBERT SOUTH,<br><br>Debtor. | Case No. 2:17-bk-25572-SK<br><br>Chapter 7<br><br>**STIPULATION FOR ENTRY OF ORDER AUTHORIZING EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>[No Hearing Required]<br><br>Proposed Examination:<br>DATE:      August 22, 2018<br>TIME:      1:00 p.m.<br>PLACE:   8200 Wilshire Blvd., #400<br>               Beverly Hills, CA 90211 |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE:**

Rosendo Gonzalez, the Chapter 7 trustee ("Trustee") of the estate ("Estate") of Meridian Health Services Corporation ("Debtor"), and James Preimesburger ("Mr. Preimesburger") (collectively, "Parties"), through their counsel of record, stipulate to an order authorizing the examination of Mr. Preimesburger pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 2004 based upon the following recitals:

1184055.1                                                                                                                    STIPULATION

## RECITALS

A.  The Debtor filed a Chapter 7 bankruptcy petition ("Petition") on December 22, 2017, in the United States Bankruptcy Court, Central District of California, Case No. 2:17-bk-25572-SK.  Thereafter, Rosendo Gonzalez was appointed as the Chapter 7 Trustee of the Debtor's Estate.

B.  The Debtor is one of several companies that are owned by the same parent company (Meridian Health Services Holdings) and that have filed bankruptcy petitions. Among them are: Vista Del Sol Health Services, Inc. ("Vista Del Sol"), Case No. 2:16-bk-25437-WB; TY Five Star Corporation ("TY Five Star"), Case No. 2:17-bk-13687-RK; McClure Convalescent Hospital ("McClure"), Case No. 2:17-bk-18581-BR; Valley Pointe Nursing and Rehabilitation Center ("Valley Pointe"), Case No. 2:17-bk-18661-BB;  San Bruno Skilled Nursing Hospital, Inc. ("San Bruno"), Case No. 2:17-bk-23340 RK; and Foresight Management Services, LLC ("Foresight"), Case No. 2:18-bk-10549-BR.[1]

C.  According to the Petition, Mr. Preimesburger is the president of the Debtor.

D.  The Trustee requires information for the effective administration of the Estate and seeks to examine Mr. Preimesburger under Federal Rule of Bankruptcy Procedure ("FRBP") 2004 in connection with the Debtor's business and assets.  The Trustee intends to examine Mr. Preimesburger regarding the amount and extent of the accounts receivable listed in Schedule A/B of the Debtor as well as the disposition of sale proceeds, if any, received by the Debtor.

E.  There are no adversary proceedings pending at this time.

**NOW, THEREFORE,** based on the foregoing recitals, the Parties hereby stipulate and agree as follows:

---

[1] An identical stipulation is being filed in each of these cases.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

## STIPULATION

1. The Court may, at its own discretion, enter an order providing for an examination of Mr. Preimesburger pursuant to FRBP 2004 ("Examination").

2. Mr. Preimesburger shall appear for the Examination on August 22, 2018, at 1:00 p.m., at The Shinbrot Firm, 8200 Wilshire Blvd., #400, Beverly Hills, California 90211, to be examined regarding the amount and extent of the accounts receivable listed in Schedule A/B of the Debtor as well as the disposition of sale proceeds, if any, received by the Debtor.

3. Mr. Preimesburger will attend the Examination, and such attendance need not be compelled by subpoena pursuant to Local Bankruptcy Rule 2004(c).

4. The Parties further agree that this Stipulation does not restrict the Trustee from conducting any further examination under FRBP 2004, or discovery in any future contested or adversary matters in this case, as necessary in the Trustee's administration of the Estate.

Dated: August 20, 2018          WEILAND GOLDEN GOODRICH LLP

                                By:  /s/ David M. Goodrich
                                     DAVID M. GOODRICH
                                     Counsel for Chapter 7 Trustee
                                     Rosendo Gonzalez

Dated: August 20, 2018          LANDAU GOTTFRIED & BERGER, LLP

                                By: _____
                                     MICHAEL GOTTFRIED
                                     Counsel for
                                     James Preimesburger

1184055.1                           3                              STIPULATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 600**
**Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Stipulation for Entry of Order Authorizing Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 20, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 20, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Meridian Health Services Corporation<br>PO Box 3350<br>San Ramon, CA 94583 | Michael Gottfried<br>Landau Gottfried & Berger LLP<br>1801 Century Park East, Suite 700<br>Los Angeles, CA 90067 |
|---|---|

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 20, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Served by Overnight Delivery**
Honorable Sandra R. Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/20/2018 | Victoria Rosales | *victoria* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Dawn M Coulson    dcoulson@eppscoulson.com, cmadero@eppscoulson.com
Rosendo Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com, rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;cmorales@gonzalezplc.com
David M Goodrich    dgoodrich@wgllp.com, vrosales@wgllp.com;kadele@wgllp.com
Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
K Kenneth Kotler    kotler@kenkotler.com, linda@kenkotler.com
Amanda L Marutzky    amarutzk@wthf.com, bnavarro@watttieder.com
Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**