David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Counsel for Rosendo Gonzalez, Chapter 7 Trustee

FILED & ENTERED

AUG 21 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones DEPUTY CLERK

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>MERIDIAN HEALTH SERVICES CORPORATION, dba SHASTA VIEW NURSING CENTER, dba ALL SAINTS SUBACUTE-MAUBERT SOUTH, dba MAUBERT SOUTH,<br><br>Debtor. | Case No. 2:17-bk-25572-SK<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION AND AUTHORIZING EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>[No Hearing Required]<br><br>Examination:<br>DATE: August 22, 2018<br>TIME: 1:00 p.m.<br>PLACE: 8200 Wilshire Blvd., #400<br>Beverly Hills, CA 90211 |

The Court having considered the *Stipulation for Entry of Order Authorizing Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004* ("Stipulation")[1] filed August 20, 2018, as Docket No. 26, entered into between Rosendo Gonzalez, the Chapter 7 trustee ("Trustee") and James Preimesburger ("Mr. Preimesburger"), through

//

//

[1] All defined terms shall have the meanings provided in the Stipulation.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

their counsel of record, and good cause appearing therefrom,

**IT IS ORDERED that** the Stipulation is approved.

Date: August 21, 2018

Sandra R. Klein
United States Bankruptcy Judge